IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL DUENAS and
ROSALINA DUENAS,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.

    Defendant.

No. C 12-01360 WHA

**ORDER TO SHOW CAUSE
AND VACATING HEARING**

    Defendant Bank of America, N.A., filed a motion to strike and motion to dismiss on March 26, 2012. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition to the motions were due April 9. None were filed. Plaintiffs Miguel Duenas and Rosalina Duenas are **HEREBY ORDERED TO SHOW CAUSE** why their claims against defendant Bank of America should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **NOON ON APRIL 16, 2012**. If no response is filed, defendant's motions to dismiss and strike may be granted. The motion hearing previously set for May 17, 2012 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: April 11, 2012.

                                                     WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE