United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DUENAS and<br>ROSALINA DUENAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A.<br><br>    Defendant.<br>_____/ | No. C 12-01360 WHA<br><br>**ORDER TO SHOW CAUSE<br>AND VACATING HEARING** |

    Defendant Bank of America, N.A., filed a motion to strike and motion to dismiss on March 26, 2012. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition to the motions were due April 9. None were filed. Plaintiffs Miguel Duenas and Rosalina Duenas are **HEREBY ORDERED TO SHOW CAUSE** why their claims against defendant Bank of America should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **NOON ON APRIL 16, 2012**. If no response is filed, defendant's motions to dismiss and strike may be granted. The motion hearing previously set for May 17, 2012 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: April 11, 2012.

                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE