IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL DUENAS and
ROSALINA DUENAS

        Plaintiffs,

  v.

BANK OF AMERICA, N.A.

        Defendant.

No. C 12-01360 WHA

**SECOND ORDER
TO SHOW CAUSE**

Defendant Bank of America, N.A., filed a motion to strike and motion to dismiss on March 26, 2012. Plaintiffs Miguel Duenas and Rosalina Duenas failed to timely oppose. An order to show cause issued on April 11, 2012, requiring plaintiffs to show cause by April 16, 2012, why their claims against defendant, should not be dismissed for failure to prosecute. Plaintiffs' failed to timely respond to the order to show cause. Instead, plaintiffs' counsel called the Clerk's Office to explain plaintiffs' failure to respond. On April 19, 2012, defendant filed a notice of non-opposition to the motion to dismiss and motion to strike, requesting that its motions to strike and dismiss be granted due to plaintiffs' non-opposition thereto.

By **NOON ON MAY 1, 2012**, plaintiffs must show cause in writing why their case should not be dismissed for failure to prosecute. Failure to respond to this second order to show cause may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: April 24, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE